THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER LEMMAN, | CASE NO. C20-0591-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BENJAMIN PATRICK FOLEY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a judicial settlement conference (Dkt. No. 42). Having thoroughly considered the motion and the relevant record, the Court DENIES the motion.

Under Local Civil Rule 39.1, "[u]nless otherwise ordered by the court, a judicial settlement conference will only be held in a case where the parties have already participated in mediation, but have been unable to reach a settlement." W.D. Wash. Local Civ. R. 39.1(e). The mediation deadline in this matter is March 15, 2021, yet it does not appear from the record that the parties have participated in Rule 39.1 mediation. (*See* Dkt. No. 27.) If the parties are unable to reach a settlement through Rule 39.1 mediation, they may file a renewed motion for a judicial settlement conference along with a declaration that they have engaged in an unsuccessful

1  mediation.

2  DATED this 2nd day of February 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk

MINUTE ORDER
C20-0591-JCC
PAGE - 2