THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER LEMMAN, | CASE NO. C20-0591-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BENJAMIN PATRICK FOLEY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery cutoff date (Dkt. No. 45.) Finding good cause, the motion is GRANTED. The discovery cutoff date is EXTENDED to March 31, 2021. All other deadlines in this matter, (*see* Dkt. No. 27), remain unchanged.

DATED this 18th day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-0591-JCC
PAGE - 1