THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER LEMMAN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN PATRICK FOLEY, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. C20-0591-JCC<br><br>ORDER |

This matter comes before the Court on Peter Lemman and Benjamin Foley's notice of settlement and stipulated motion for an order regarding withdrawal and disbursement of interpleaded funds (Dkt. No. 47). The interpleaded funds were previously deposited with the Court Registry administered by the King County Department of Judicial Administration in connection with King County Superior Court Cause No. 20-2-06950-7 SEA. After entry of default against Defendants Peter Wilson, David Steiner, and Wendy Steiner (Dkt. No. 22), the sole remaining parties are Peter Lemman and Benjamin Patrick Foley. Mr. Lemman and Mr. Foley inform the Court that they have agreed to settle the above-captioned matter, jointly seek to dismiss the case, and jointly seek disbursement of the interpleaded funds. Finding good cause, the motion is GRANTED.

The Court ORDERS that the funds previously deposited with the Court Registry administered by the King County Department of Judicial Administration shall be withdrawn and

disbursed as follows:

    1.    $970,000.41 payable to Peter Lemman; and

    2.    $1,344,658.00 payable to Benjamin Patrick Foley.

None of the interpleaded funds shall be apportioned or payable to the defaulted Defendants Peter Wilson, David Steiner, or Wendy Steiner. It shall be counsel's responsibility to confirm that any action required by the King County Superior Court and/or King County Department of Judicial Administration by this Order has been performed.

Further, based on the parties' notice of settlement, all claims and counterclaims are hereby DISMISSED with prejudice and without award of attorney fees or costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED this 3rd day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE